UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7039 FMO (PLAx) | Date | **January 30, 2015** |
|---|---|---|---|
| Title | **Sea Planes Inc. v. Caterpillar, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** **(In Chambers) Order to Show Cause Re: Sanctions for Failure to Comply with Settlement Requirements**

Pursuant to the Court's Order September 12, 2014, the parties were required to complete their settlement conference within three weeks after the court issued its order on the motions for summary judgment. (See Court's Order of September 12, 2014). The parties were further required to file a joint status report within forty eight (48) hours of the settlement conference. (Id.). The court issued its order on January 2, 2015. (See Court's Order of January 2, 2015). As of the date of this order, the parties have not filed the required joint status report.

Accordingly, IT IS ORDERED THAT lead counsel for the parties shall attend a hearing on **Thursday, February 12, 2015**, at **10:00 a.m.** in Courtroom 22 of the Spring Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the court's orders.

IT IS SO ORDERED.

00 : 00

Initials of Preparer   VDR